IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| KALVIN LYNN MOORE, #304 851, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 2:19-CV-266-WHA |
| VENTRESS CORR., | ) |
| Defendant. | ) |

**ORDER**

This case is before the court on a Recommendation of the Magistrate Judge entered on May 23, 2019. Doc. 7. There being no timely objection filed to the Recommendation, and upon an independent review of the file, the Recommendation is ADOPTED, and it is hereby

ORDERED that this case is DISMISSED without prejudice for failure of Plaintiff to comply with the orders of the court and to prosecute this action.

Final Judgment will be entered separately.

Done, this 13th day of June 2019.

    /s/ W Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE